IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| CT/ST. JOHNS MARINA, LLC, | Civil Action No.: 2:21-cv-1960-BHH |
| Plaintiff, | |
| v. | |
| S/V SERAPHINA, her engines, bowspirits, anchors, cables, chains, rigging, tackle, apparel, sails, furniture and all accessories hereunto appertaining and belonging to her, *in rem*, | **ORDER FOR REIMBURSEMENT OF CUSTODIA LEGIS EXPENSES** |
| Defendant. | |

Before the Court is a motion by Plaintiff CT/ST JOHNS MARINA, LLC for order of reimbursement of *custodia legis* expenses in the amount of $10,820.05 from the proceeds of the interlocutory sale of S/V SERAPHINA ("Vessel").

Having reviewed Plaintiff's Motion and supporting documentation, and in absence of any response in opposition to the motion, it is hereby **ORDERED** that Plaintiff's motion (ECF No. 24-1) is GRANTED, and the Clerk of Court shall reimburse Plaintiff for $10,820.05 in *custodia legis* expenses from the proceeds of the judicial sale.

**AND IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

November 29, 2021
Charleston, South Carolina